# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 10-22153-CIV-MARTINEZ/BROWN

Plaintiff:
**BEGUALG INVESTMENT MANAGEMENT, INC., et al.,**

vs.

Defendant:
**FOUR SEASONS HOTEL LIMITED, et al.,**

For:
Gary E. Davidson
DIAZ, REUS & TARG, LLP
100 Se 2 Street
Bank Of America Tower, Suite 2600
Miami, FL 33131

Received by SERVICE OF PROCESS, INC. on the 7th day of September, 2010 at 11:20 am to be served on **INTERINVESTMENT REALTY, INC., BY SERVING ITS REGISTERED AGENT: EMILIO CARDENAL, JR, 730 NW 107 AVENUE, # 120, MIAMI, FL 33172**.

I, RODOLFO PEREZ, do hereby affirm that on the **7th day of September, 2010** at **1:40 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **EMILIO CARDENAL, JR.** as **REGISTERED AGENT** for **INTERINVESTMENT REALTY, INC.,**, at the address of: **730 NW 107 AVENUE, # 120, MIAMI, FL 33172**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, F.S. 92.525 Verification of documents.

**RODOLFO PEREZ**
Certified P.S. #365

SERVICE OF PROCESS, INC.
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: SOP-2010001961

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4d

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BEGUALG INVESTMENT MANAGEMENT INC., a Florida corporation, et al.
*Plaintiff*

v.

FOUR SEASONS HOTEL LIMITED, a Canadian corporation, et al.
*Defendant*

Civil Action No. 1:10-cv-22153

10-22153-CIV-MARTINEZ/BROWN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INTERINVESTMENT REALTY, INC.
Registered Agent:
CARDENAL, EMILIO, JR.
730 N.W. 107TH AVENUE, #120
MIAMI, FLORIDA 33172

*[handwritten: SERVED EMILIO CARDENAL JR. reg agent 9-7-10 1:40 pm]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: GARY E. DAVIDSON, ESQ.
DIAZ, REUS & TARG, LLP
100 S.E. 2ND STREET, STE. 2600
MIAMI, FLORIDA 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/30/2010

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts