101347

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:10-CV-22153 JEM

BEGUALG INVESTMENT MANAGEMENT
CORPORATION, INC., a Florida Corporation,
GUSTAVO RIOJAS, an individual, BERTHA A.
SIMENTAL, an individual,

   Plaintiffs,

v.

FOUR SEASONS HOTEL LIMITED, a Canadian
corporation, FSM HOTEL LLC, a foreign limited
liability company, MILLENNIUM
PARTNERS, LLC, a New York limited liability
company, MILLENNIUM PARTNERS FLORIDA
PROPERTY MANAGEMENT LLC, a foreign limited
liability company, MILLENNIUM TOWER
CONDOMINIUM HOTEL ASSOCIATION, INC.,
a Florida corporation, TERREMARK
BRICKELL II, LTD., a Florida limited partnership,
TERREMARK BRICKELL II, IC. a foreign
corporation, INTERINVESTMENTS
REALTY, INC., a Florida corporation,

   Defendants.

_____/

## NOTICE OF A SIMILAR ACTION

Defendants, FOUR SEASONS HOTEL LIMITED, a Canadian corporation, FSM

HOTEL LLC, a foreign limited liability company, MILLENNIUM PARTNERS, LLC, a New

York limited liability company, MILLENNIUM PARTNERS FLORIDA PROPERTY

MANAGEMENT LLC, a foreign limited liability company, TERREMARK BRICKELL II,

LTD., a Florida limited partnership, and TERREMARK BRICKELL II, IC. a foreign

corporation, hereby filed its notice of a similar action pending in the U.S. District Court styled as follows:

> **PIETRO CARENZA, an individual, NANCY BARON, an individual, GIANLUCA PIREDDA, an individual, and GLENDARIS, LLC, a Delaware Limited Liability Company, Plaintiffs, v. FOUR SEASONS HOTEL LIMITED, a Canadian Corporation, TERREMARK BRICKELL II, LTD., a Florida Limited Partnership, MILLENNIUM PARTNERS, LLC, a New York Limited Liability Company, and FSM HOTEL, LLC, a Delaware Limited Liability Company, Defendants, Case No. 1:10-cv-23527-AJ, pending in the U.S. District Court, Miami Division.**

That action was recently removed from the Circuit Court for the Eleventh Judicial Circuit in and for Dade County, Florida. The action involves similar claims relating to the plaintiffs' purchase of hotel condominium units at the Four Seasons Tower-Miami.


DATED:  December 7, 2010


/s/ Lawrence S. Gordon
Lawrence S. Gordon, Esquire
Florida Bar No.: 0382361
E-mail Address: lgordon@conroysimberg.com

2

CASE NO. 1:10-CV-22153 JEM

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
Phone:  (954) 961-1400 Broward
Fax:  (954) 967-8577

By:  s/Lawrence S. Gordon
     Lawrence S. Gordon, Esquire
     Florida Bar No. 0382361

3

CASE NO. 1:10-CV-22153 JEM

## SERVICE LIST

BEGUALG INVESTMENT MANAGEMENT ET AL V. FOUR SEASONS HOTEL ET AL
Case No. 1:10-CV-22153 JEM
United States District Court, Southern District of Florida

Michael Diaz, Jr., Esq.
Diaz, Reus and Tarig, LLP
100 Southeast Second Street
Suite 2600
Miami, FL 33131
Attorney for Plaintiffs
Phone:  305-375-9220
Fax:  305-375-8050
Served via electronic filing

Carlos F. Gonzalez
cgonzalez@diazreus.com
110 Southeast 2nd Street
2600 Bank of America Tower
Miami, FL 33131
Attorney for Plaintiffs
Phone:  305-375-9220
Fax:  305-375-8050
Served via electronic filing

Brant C. Hadaway
bhadaway@diazreus.com
100 Southeast 2nd Street
2600 Bank Of America Tower
Miami, FL 3313
Attorney for Plaintiff
Phone:  305-375-9220
Fax:  305-375-8050
Served via electronic filing

Gary E. Davidson
gdavidson@diazreus.com
100 Southeast 2nd Street
2600 Bank of America Tower
Miami, FL 33131
Attorney for Plaintiff
Phone:  305-375-9220
Fax:  305-375-8050
Served via electronic filing

Francis Anania, Esquire
fanania@anania-law.com
Anania, Bandlayder, Blackwell, et al
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
Phone:  (305) 373-4900
Fax:  (305) 373-6914
Served via electronic filing

James A. Marx, Esq.
james.marx@akerman.com
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Phone:  305-982-5524
Fax:  305-374-5095
Served via electronic filing

Benjamin M. Esco, Esq.
ben.esco@csklegal.com
Cole, Scott & Kissane, P.A.
9150 S. Dadeland Blvd.
Suite 1400
Miami, FL 33156
Phone:  305-350-5300
Fax:  305-373-2294
Served via electronic filing

4