**10-22153.ob**

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-22153-CIV-MARTINEZ-BROWN

BEGUALG  INVESTMENT MANAGEMENT
INC., a Florida Corporation, GUSTAVO RIOJAS,
an individual, BERTHA A. SIMENTAL, an
individual,

      Plaintiffs,

vs.

FOUR SEASONS HOTEL LIMITED, et al.,

      Defendants.

_____/

## ORDER RE: MOTION FOR CLARIFICATION

**THIS MATTER** is before the Court on Defendants' Motion for Clarification or, Alternatively for an Enlargement of Time...( D.E. 95).  The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court finds this motion totally disingenuous.  One need not be a lawyer to understand that all responses to all discovery propounded by plaintiffs as of [December 21, 2010] shall be delivered on or before Monday, January 31, 2011 (emphasis added), means all responses to all discovery propounded as of the date of said order. While defendants suggest that they "seek clarification" - no clarification is needed.  Perhaps it might be worth pondering...what part of "all" do you not understand?  But - it doesn't end there.

Defendants - in an attempt to somehow confuse the obvious - suggest that because they weren't seeking an extension in the motion for document production they weren't sure if this order

1

pertained to same.  There are two problems with that absurd argument: (1) the deadline given to defendants was already an "extension" since it was more than thirty (30) days from the date of the order - much less from the date the discovery was propounded; and (2) if the confused defendants didn't understand this, and they didn't (by their own admission) ever seek an extension for the document production - why did they wait until almost one month after that deadline to file this motion?

The deadline for completion of discovery is in May, 2011.  Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.   This motion for extension is **GRANTED**. The motion for clarification is **DENIED AS ABSURD**.

2.    All responses to all discovery propounded by plaintiffs as of the date of this order including but not limited to all document production shall be delivered on or before Monday, March 21, 2011.  No further extensions will be considered and sanctions shall be imposed for failure to comply.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th  day of March, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Honorable Jose E. Martinez
        Counsel of record

2