**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 10-22153-Civ-SCOLA**

BEGUALG INVESTMENT
MANAGEMENT, INC., *et al.*,

       Plaintiffs,

vs.

FOUR SEASONS HOTEL LIMITED, *et al.*,

       Defendants.

_____/

**<u>FIFTH AMENDED SCHEDULING ORDER</u>**[1]

      THIS MATTER is before the Court on the Plaintiff's Motion for Continuance of Pre-Trial Deadlines and Trial (ECF No. 349).  Having considered the motion, the record, and the relevant legal authorities, it is ORDERED that the Motion is GRANTED as follows.  This case is reset for trial during the two-week trial period beginning on **November 19, 2012**.  Calendar call will be held at 9:00 a.m. on **November 13, 2012**.  This Fifth Amended Scheduling Order supersedes the previous scheduling orders issued in this matter.

    1.  The parties shall comply with the following schedule:

| | |
|---|---|
| July 30, 2012 | Fact Discovery Deadline. |
| September 7, 2012 | Dispositive Motion Deadline.[2]<br><br>Expert Witness Discovery Deadline. |
| September 14, 2012 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| November 9, 2012 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) |

---

[1]  This Fifth Amended Scheduling Order does not change the trial date, or any other deadlines; its only purpose is to correct certain scrivener's errors in the Fourth Amended Scheduling Order.

[2]  The Court notes that the Defendants filed summary judgment motions prior to the Court's ruling on the motions to dismiss the second amended complaint.  In light of the Court's order regarding the motions to dismiss the Defendants may withdraw their previously filed summary judgment motions (ECF Nos. 297 & 298) and may file renewed motions for summary judgment on or before the dispositive motion deadline set in this fourth amended scheduling order.

| | and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| --- | --- |
| | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |

2.   Jury Instructions.  The parties shall submit their proposed jury instructions jointly, though they need not agree on each proposed instruction.  Where the parties do agree on a proposed instruction, that instruction shall be set out in regular typeface.  Instructions proposed only by a plaintiff shall be underlined.  Instructions proposed only by a defendant shall be bold-faced. Every instruction must be supported by a citation of authority.  The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel, or the applicable state pattern jury instructions.  The parties shall jointly file their proposed jury instructions via CM/ECF, and shall also submit their proposed jury instructions to the Court via e-mail at scola@flsd.uscourts.gov in MS Word format (.doc).

3.   Trial Exhibits.  All trial exhibits must be pre-marked.  Plaintiff's exhibits shall be marked numerically with the letter "P" as a prefix.  Defendant's exhibits shall be marked alphabetically with the letter "D" as a prefix.  A list setting out all exhibits must be submitted at the time of trial.  This list must indicate the pre-marked identification label (*e.g.*, P-1, or D-A) and must also include a brief description of the exhibit.

4.   Deposition Designations.  Any party intending to use deposition testimony as substantive evidence must designate by line and page reference those portions in writing.  The designations must be served on opposing counsel and filed with the Court fourteen days before the deadline to file the joint pretrial stipulation.  The adverse party must serve and file any objections and any cross-designations within seven days.  The initial party shall then have seven days to serve and file objections to the cross-designations.

5.   Voir Dire Questions.  The Court will require each prospective juror to complete a brief written questionnaire prior to the commencement of questioning in the courtroom.  Any party may file, no more than five proposed, case-specific questions to be included in the questionnaire. The proposed questions must be filed with the Court at the time of the filing of the joint pretrial stipulation, and shall also be submitted to the Court via e-mail at scola@flsd.uscourts.gov in MS Word format (.doc).

6. <u>Settlement Notification</u>. If this matter is settled, counsel are directed to inform the Court promptly via telephone (305-523-5140) and/or e-mail (scola@flsd.uscourts.gov).

**DONE and ORDERED** in chambers, at Miami, Florida, on June 4, 2012.

**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*