**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 10-22153-Civ-SCOLA**

BEGUALG INVESTMENT
MANAGEMENT, INC., *et al.*,

     Plaintiffs,

vs.

FOUR SEASONS HOTEL LIMITED, *et al.*,

     Defendants.

_____/

## SIXTH AMENDED SCHEDULING ORDER

THIS MATTER is before the Court upon an independent review of the record.  Due to the Court's present trial schedule this matter is reset for trial during the two-week trial period beginning on **December 3, 2012**.  Calendar call will be held at 9:00 a.m. on **November 27, 2012**.  The Court's instructions regarding trial and pre-trial procedures (*e.g.*, jury instructions, and trial exhibits) remain in full effect.

The deadline for the parties to file their joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), and the deadline to file proposed jury instructions pursuant to Local Rule 16.1(k), is **November 20, 2012**.

**DONE and ORDERED** in chambers, at Miami, Florida, on November 1, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*