UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 10-22153-Civ-SCOLA**

BEGUALG INVESTMENT
MANAGEMENT, INC., *et al.*,

      Plaintiffs,

vs.

FOUR SEASONS HOTEL LIMITED, *et al.*,

      Defendants.

_____/

## SEVENTH AMENDED SCHEDULING ORDER

THIS MATTER is before the Court upon Defendant Four Seasons Hotel Limited's Motion seeking a continuance of the present trial date.  Four Seasons explains that its expert will be out of the country during the December 3, 2012 trial period.  Based upon the availability of Four Seasons' expert, Plaintiff's counsel, as well as the lengthy criminal trial which is still pending before the Court, it is **ORDERED** that the Motion (ECF No. 531) is **GRANTED**.  This matter is reset for trial during the two-week trial period beginning on **January 28, 2013**. Calendar call will be held at 9:00 a.m. on **January 22, 2013**.  The Court's instructions regarding trial and pre-trial procedures (*e.g.*, jury instructions, and trial exhibits) remain in full effect.

The deadline for the parties to file their joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), and the deadline to file proposed jury instructions pursuant to Local Rule 16.1(k), is **January 18, 2013**.

**DONE and ORDERED** in chambers, at Miami, Florida, on November 13, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*