UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-22153-Civ-SCOLA

BEGUALG INVESTMENT
MANAGEMENT, INC.,

    Plaintiff,

vs.

FOUR SEASONS HOTEL LIMITED, *and others*,

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

THIS MATTER is before the Court on the Plaintiff's Motion for Clarification regarding Millennium Partners Florida Property Management, LLC and Terremark Brickell II, Inc. Through the briefing of this Motion, the parties have represented to the Court that they both consent to the dismissal of two Defendants, Millennium Partners Florida Property Management, LLC and Terremark Brickell II, Inc.

Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED** that the Motion (ECF No. 556) is **GRANTED**. Defendants Millennium Partners Florida Property Management, LLC and Terremark Brickell II, Inc. are **DISMISSED** without prejudice. This dismissal is retroactive to October 31, 2011, the date the Second Amended Complaint was filed.

**DONE and ORDERED** in chambers, at Miami, Florida, on August 22, 2013.

                                            _____
                                            ROBERT N. SCOLA, JR.
                                            UNITED STATES DISTRICT JUDGE