**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 10-22153-Civ-SCOLA**

BEGUALG INVESTMENT
MANAGEMENT, INC., *et al.,*

     Plaintiffs,

vs.

FOUR SEASONS HOTEL LIMITED, *et al.,*

     Defendants.

_____/

## Eleventh Amended Scheduling Order

Following the most recent calendar call in this case the parties have filed their Joint Notice of Trial Availability.  Based upon the various schedules of the parties, witnesses, corporate representatives, and the Court, it is unrealistic that this month-long trial will be able to be scheduled until the fall of 2014.

Accordingly, it is **ordered** that this case is reset for trial during the two-week trial period beginning on **September 22, 2014**.  Calendar call will be held at 9:00 a.m. on **September 16, 2014**.

Since all other deadlines have passed in this matter, and the only thing that remains is a trial, this matter will be **stayed** until the calendar call.  The Clerk will **administratively close** the case during the pendency of this stay.

**Done and ordered,** in chambers, on December 16, 2013.

_____
Robert N. Scola, Jr.
**United States District Judge**