UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT O FLORIDA
MIAMI DIVISION

CASE NO.:1:10-CV-22153-SCOLA/VALLE

BEGUALG INVESTMENT MANAGEMENT, INC.,
a Florida Corporation,

    Plaintiffs,

v.

FOUR SEASONS HOTEL LIMITED, a Canadian
Corporation, FSM HOTEL LLC, a foreign limited
Liability company, MILLENNIUM PARTNERS, LLC,
a New York limited liability company, TERREMARK
BRICKELL II, LTD., a Florida limited partnership,

    Defendants.
_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY** stipulated by the undersigned counsel for the respective parties that this cause, having been amicably settled to the satisfaction of the respective parties herein, may be dismissed with prejudice as to all claims between Plaintiff, BEGUALG INVESTMENT MANAGEMENT, INC. and Defendants, FOUR SEASONS HOTEL LIMITED, MILLENNIUM PARTNERS, LLC, FSM HOTEL LLC, and TERREMARK BRICKELL II, LTD., with each party bearing its own attorney's fees and costs.  The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.  As such, the parties request that the Court retain jurisdiction to enforce the terms of the Confidential Settlement Agreement with the effective date of May 20, 2014

    **DATED** this 20th day of June 2014.

CASE NO.:1:10-CV-22153-SCOLA/VALLE

Deborah Baker, Esq.
dbaker@lebfirm.com
Lipscomb, Eisenberg & Baker, PL
2 Biscayne Blvd.
Penthouse Suite 3800
Miami, Florida 33131
*Counsel for Plaintiff, Begualg Investment Management, Inc.*


By: _____/s/_____
     Deborah Baker
     Fla. Bar No.: 294380



Dale Friedman, Esq.
Email: dfriedman@conroysimberg.com
Conroy, Simberg, Ganon, Krevans, Abel, et al.
Venture Corp. Center I
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL 33021
Counsel for FSM Hotel, LLC, Terremark Brickell II, Ltd. and Millennium Partners, LLC


By: _____/s/_____
     Dale Friedman
     Fla. Bar No.:854646



James K. Parker, Esq.
Email Address: jparker@boydlawgroup.com
Boys Richards Parker & Colonelli, PL
Miami Tower, 36th Floor
100 SE 2nd Street
Miami, FL.  33131
*Counsel for Four Seasons Hotel Limited*

By: _____/s/_____
     James Parker
     Fla. Bar No.: 157526


        Respectfully submitted,

        LIPSCOMB, EISENBERG & BAKER, PL
        Attorneys for Plaintiff
        2 South Biscayne Boulevard, PH 3800
        Miami, Florida 33131
        Tel.: (786) 431-2228
        Fax: (786) 431-2229

CASE NO.:1:10-CV-22153-SCOLA/VALLE

dbaker@lebfirm.com
By:  /s/ Deborah B. Baker
DEBORAH BAKER
Florida Bar Number: 294380

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Deborah B. Baker
DEBORAH B. BAKER

## SERVICE LIST

Matthew L. Jones, Esq.
Email:  matthew@jones-adams.com
Secondary Email: m.garrido@jones-adams.com
Additional E-mail: pleadings@jones-adams.com
Jones & Adams, P.A.
999 Ponce de Leon Blvd.
Ste. 925
Coral Gables, FL  33134
Telephone:  (305) 270-8858
Facsimile:  (305) 270-6778
*Counsel for Robert Adams*

Dale Friedman, Esq.
Diane Tutt, Esq.
Email: dfriedman@conroysimberg.com
Email: dtutt@conroysimberg.com
Conroy, Simberg, Ganon, Krevans, Abel, et al.
Venture Corp. Center I
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL 33021
Telephone: (954) 961-1400
Facsimile: (954) 967-8577
*Counsel for FSM Hotel, LLC, Terremark Brickell II, Ltd. and Millennium Partners, LLC*

CASE NO.:1:10-CV-22153-SCOLA/VALLE

Millard Lane Fretland, Esq.
Email Address: mfretland@conroysimberg.com
Conroy, Simberg, Ganon, Krevans, Abel, et al.
125 W Romana Street, Ste 150
Pensacola, FL 32501-5823
Telephone: (850) 436-6605
Facsimile: (850) 436-2102
*Counsel for FSM Hotel, LLC, Terremark Brickell II, Ltd. and Millennium Partners, LLC*

James K. Parker, Esq.
Email Address: jparker@boydlawgroup.com
Boys Richards Parker & Colonelli, PL
Miami Tower, 36th Floor
100 SE 2nd Street
Miami, FL.  33131
Telephone: (305) 425-1045
Facsimile: (786) 425-3905
*Counsel for Four Seasons Hotel Limited*

Marc Mayerson, Esq.
Law Firm of Orrick, Herrington & Sutcliffe, LLP
1152 15th Street NW
Washington, DC  20005
Email: mmayerson@orrick.com
*Co-counsel for Four Seasons Hotel Limited*