United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Begualg Investment Management, Inc., Plaintiff )<br>)<br>v.                                                )<br>)<br>Four Seasons Hotel Limited, *and* )<br>*others*, Defendants                        ) | Civil Action No. 10-22153-Civ-Scola |

### Order Of Dismissal

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. Final Order Dismissal With Prejudice, ECF No. 642). The Court reserves jurisdiction to enforce the parties' settlement agreement. The Clerk will **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on June 23, 2014.

_____
Robert N. Scola, Jr.
United States District Judge