United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Begualg Investment Management, Inc., Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 10-22153-Civ-Scola |
| Four Seasons Hotel Limited, and others, Defendants | ) ) ) | |

### Order Regarding Settlement Funds Status

The parties settled this lawsuit but a dispute remains over the entitlement to legal fees between Plaintiff's former counsel and its current counsel.  Plaintiff's former counsel asserts it is entitled to $133,049.48 based on its charging lien.  (Charging Lien, ECF No. 598.)  Presently, Plaintiff's former law firm, Lipscomb, Eisenberg, & Baker, P.L., holds the settlement funds in trust.  This Court declined to exercise supplemental jurisdiction over the legal-fee dispute, determining that it was a matter for state court.  The parties are unsure as to how to proceed with the settlement funds—Plaintiff's former counsel arguing it should continue to be held, while Plaintiff's current counsel want it to be released to the Plaintiff.

The fair resolution is relatively obvious and that is the course this Court will take.  The Court orders Lipscomb, Eisenberg, & Baker, P.L. to continue to retain the Plaintiff's settlement funds, in trust, up to $133,049.48 until the parties have resolved the legal-fee dispute, either by state-court judgment or by settlement.  Lipscomb, Eisenberg, & Baker, P.L. may release to the Plaintiff immediately any amount over $133,049.48.

In light of this Order, the Court **denies as moot** the Plaintiff's Motion for Clarification (ECF No. 696) and the Cross-Motion to Preserve Charging Lien (ECF No. 698).

**Done and ordered** in chambers at Miami, Florida on December 10, 2014.

Robert N. Scola, Jr.
United States District Judge